FILED
OCT 07 2014
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DETERTORING SANDERS, <u>PETITIONER</u>. <br><br> -VS- <br><br> ALLAN MARTIN, WARDEN SHAWNEE. CORRECTIONAL. CENTER <u>RESPONDENT</u>. | CASE No. <u>14 CV 1432</u>. <br><br> JUDGE: <u>KENNELLY</u>, <br> MAGISTRATE JUDGE: <u>COX</u>. |

## Motion for Judgment on the Pleadings

Now comes <u>DETERTORING SANDERS</u>, PRO-SE, PETITIONER HEREIN AND RESPECTFULLY MOVES THIS HONORABLE COURT PURSUANT TO FED. R. Civ. P., Rule.12(c). TO ENTER A JUDGEMENT ON PETITIONER, PETITION FOR WRIT OF HABEAS CORPUS. 2254.

AFTER THE PLEADINGS ARE CLOSED - BUT EARLY ENOUGH NOT TO DELAY TRIAL - A PARTY MAY MOVE FOR JUDGMENT ON THE PLEADINGS,..
IN SUPPORT THEREOF, PETITIONER STATES THE following:

1. ON FEBRUARY 27, 2014. PETITIONER FILED A PETITION FOR A WRIT OF HABEAS CORPUS. 28 U.S.C. 2254 ASSERTING A **BRADY**, VIOLATION THAT THE STATE'S PROSECUTOR ALLOW CITY LAW-ENFORCEMENT OFFICIAL TO DESTROY EXCULPATORY SURVEILLANCE VIDEO RECORDING VIOLATING FEDERAL AND STATE CONSTITUTIONAL LAW.

2. ON APRIL 14, 2014. THEE HONORABLE JUDGE: MATTHEW KENNELLY, ENTER AN ORDER FOR RESPONDENT TO RESPOND TO PETITIONER PETITION FOR HABEAS CORPUS, ON OR BEFORE MAY 16, 2014. MR. ERIC M. LEVIN, ASSISTANT ATTORNEY GENERAL APPEARED FOR RESPONDENT ON APRIL 18, 2014. REQUESTING FOR EXTENSION OF TIME TO FILE AN ANSWEAR TO JUNE 13, 2014. (DKT. NO. 8, 9,.)

3. ON JUNE 10, 2014. MS. SAMEENA MOHAMMED, ASSISTANT ATTORNEY GENERAL, APPEARED AS A SUBSTITUTION OF COUNSEL WITHIN THE SAME FIRM REQUESTING FOR AN ADDITIONAL EXTENSION OF TIME TO EVALUTE THE RECORD UNTIL JULY 15, 2014. RESPONDENT ANSWER TO PETITIONER PETITION FOR WRIT OF HABEAS CORPUS, ALLEGATION THAT THE DEPARTMENT MERELY ACTED IN ACCORDANCE WITH ITS ESTABLISHED PROTOCOL AND PETITIONER NEED TO FIRST DEMONSTRATE BAD-FAITH (SEE: RESP TO ANS. PG. 11; AND SURVEILLANCE POLICY 05-12 PGS 6 THRU 7,).

4. ON AUGUST 1, 2014. PETITIONER REPLYED IN RESPONSE TO RESPONDENT ANSWER, REVEALING THAT THE RECORD DOES SHOW THAT THE ARRESTING OFFICERS ACTED IN BAD-FAITH, AND DID NOT FOLLOW POLICE DEPARTMENT PROTOCOL THE RECORD SHOW OFFICIAL ANIMUS AND CONSCIOUS EFFORT TO SUPPRESS THE EVIDENCE IN QUESTION THE ARRESTING OFFICERS HAD OBLIGATION DUTY BUT TURN A BLIND-EYE TO ALLOW O.E.M.C. TO DESTROY THE EVIDENCE WITHIN 15 DAYS OF PETITIONER ARREST SUPPRESSING THE VIDEO RECORDING STATES PROSECUTION, DEFENSE ATTORNEY, AND TRIAL COURTS (SEE: PET. REPY. TO RESP. ANS. PG 2, 5, 9, 11, 12, 15, 21,.).

5. WHERE BOTH MATERIAL EXCULPATORY SURVEILLANCE CAMERAS WAS RECORDING, LOCATION 79TH AND VINCENNES AND 79TH AND HALSTED, THE ENTIRE FABRICATED EVENT FROM THE INITIAL TIME OF THE ALLEGED UNIDENTIFIBLE, UNKNOWN, CITIZEN FLAGGING DOWN OFFICER JOHN DOLAN, CLAIMING SHE ALLEGED WITNESS PETITIONER PLACE A MACHINE GUN BY A GARBAGE CAN, INTO THE BACK SEAT OF A GOLD/BROWN CHRYSLER 300M AT 79TH AND NORMAL AND TRAVEL TO 79TH AND HALSTED MADE A RIGHT TURN TO THE TIME OF PETITIONER ARREST AT 7401 SO HALSTED WHERE OFFICER DOLAN, NEVER ARREST THE REGISTRATED OWNER OF THE VICHLE CLIFTON HALL, THE OFFENSE WAS A COMPLETE FABRICATION IN BAD-FAITH.

6. THE U.S. SUPREME COURT IN AGURS, 49 L.ED. 2d 342 AT 353; HELD IF THE SUPPRESSION OF THE EVIDENCE RESULTED IN CONSTITUTIONAL ERROR IT IS BECAUSE OF THE CHARACTER OF THE EVIDENCE AND NOT THE CHARACTER OF THE GOVERNMENT OR PROSECUTION WHERE THE EVIDENCE WAS SO APPARENT AND OBVIOUS IT TURN ON OFFICERS DOLAN AND WAGNER KNOWLEDGE. WIGINTON V. ELLIS, 2003 WL 224 39865, PG. 8 FOOTNOTE 7, U.S. DISTRICT COURT N.D. ILLINOIS,.

7. PERSERVATION OF PHOTOGRAPHS, TYPE RECORDING, VIDEO RECORDING, AND OTHER REAL EVIDENCE IS OF SPECIAL IMPORTANCE TO DEFENCE PREPARATION OF EVIDENCE IN QUESTION SHOULD NOT BE DESTROYED BASED ON AN INVESTIGATING OFFICERS EVALUATION OF ITS USEFULNESS LAW-ENFORCEMENT ARE EXPECTED TO PRESERVE SUCH SURVEILLANCE VIDEO RECORDING, SURVEILLANCE POLICY TITLE 05-12 PGS 6-7; REVISION TO S02-04-01 PG 3 OF 5; PEOPLE V. KOUTSAKIS, 194 ILL. DEC. 272 AT 274-76, 627 N.E. 2d 388 AT 390-92; THORNE V. DEPARTMENT OF PUBLIC SAFETY, 774 P. 2d 1326 AT 1330-31,.

8. JUSTICE STEVENS, IN YOUNGBLOOD, 488 U.S. AT 61, 109 S. CT. AT 291, 102 L.ED. 2d AT 291, HELD THAT THERE MAY BE CASES IN WHICH THE DEFENDANT IS UNABLE TO PROVE THAT THE STATE ACTED IN BAD-FAITH BUT IN WHICH THE LOSS OR DESTRUCTION OF EVIDENCE IS NONETHELESS SO CRITICAL

TO THE DEFENSE AS TO MAKE A CRIMINAL TRIAL FUNDAMENTALLY UNFAIR.

9. AS THE CASE HERE, OFFICER JOHN DOLAN, AND JOSEPH WAGNER, DID NOT FOLLOW PROTOCOL, THE STATE PROSECUTION ALLOW THE CITY OF CHICAGO POLICYMAKER TO IMPLEMENT AN DEFECTIVE UNCONSTITUTIONAL SURVEILLANCE POLICY WHERE THE EVIDENCE IS DESTROYED WITHIN (15 DAYS) OF AN ACCUSED ARREST. PRIOR TO GRAND JURY INDICTMENT, SUPPRESSING SURVEILLANCE RECORDING FROM THE STATE'S PROSECUTOR, DEFENSE ATTORNEYS, AND THE TRIAL COURTS, WHERE A DEFENDANT IS UNABLE TO PROVE THE STATE'S ATTORNEY ACTED <u>IN BAD-FAITH</u>.

10. <u>PRIOR TO PETITIONER ARREST ON OCTOBER 5, 2008. OVER THE PAST YEARS, ARRESTING OFFICER'S JOHN DOLAN, #7722, UNIT #193, AND JAMES TRIANTAFILLO, #14298, UNIT #011, HAVE BEEN INVOLVE IN MULTIPLE POLICE CORRUPTION INVESTIGATION BY THERE VERY OWN INTERNAL AFFAIRS OF CHICAGO POLICE DEPARTMENT. (SEE: ATTACHED DOCUMENT TO THIS MOTION HERE</u>). PETITIONER HAS SHOWN DUE DILIGENCE TO THESE ALLEGATION <u>August 7, 2014</u>

WHEREFORE, THE PETITIONER RESPECTFULLY MOVES THIS HONORABLE COURT TO ENTER A JUDGMENT GRANTING OR DENYING PETITIONER PETITION FOR A WRIT OF HABEAS CORPUS. 28 U.S.C 2254. ON THE BASIS OF THE RECORD AS A MATTER OF LAW.

RESPECTFULLY SUBMITTED
/S/ <u>Mr. Detertorius Sanders</u>
B-58742

DATED: <u>OCTOBER 2, 2014</u>



| Rahm Emanuel | Department of Police · City of Chicago | Garry F. McCarthy |
| --- | --- | --- |
| Mayor | 3510 S. Michigan Avenue · Chicago, Illinois 60653 | Superintendent of Police |

August 7, 2014

Detertoring Sanders
B58742
6665 State Route 146 East
Vienna, IL 62995

Re: NOTICE OF RESPONSE
REQUEST DATE: August 7, 2014
FOIA FILE NO.: 14-3483

Dear Mr. Sanders :

The Chicago Police Department is in receipt of your Freedom of Information Act (FOIA) request. In it, you ask to be provided with access to "*public records of 662 Chicago police officers [...] that has been involve police corruption over the past years.*"

Your request has been reviewed by the undersigned and has been interpreted as a request for access to the record that has come to be known as the "Bond List." In your request, you reference the recent Illinois Appellate Court decision in *Kalven v. Chicago*.[1] In *Kalven*, a FOIA requestor sought the disclosure of certain documents related to complaints of police misconduct. One of the documents sought in that case was a listing of 662 officers who accumulated the most misconduct complaints between 2001 and 2006. This list was originally prepared by the City during the course of litigation in the case of *Bond v. Utreras*.[2]

At this time, the City is prepared to provide you with access to a partially redacted copy of the "Bond List." The information that will be redacted includes employee numbers which are exempt from release pursuant with §7(1)(b) of the Illinois FOIA statute.

Please be advised that Section 6(b) of the FOIA provides that a public body may charge certain fees when providing access to the public records sought in your request. The following is a break down of fees associated with this request:

### Duplication Costs

| | | |
| --- | --- | --- |
| Pages 1-50 | | Free |
| Pages 51-210 | 160 pgs x $0.15 / page | $24.00 |
| **Total** | | **$24.00** |

---

[1] Kalven v. City of Chicago, 2014 IL App (1st) 121846.
[2] Bond v.Utreras, 585 F.3d 1061 (7th Cir. 2009)

These records are now available and will be mailed to you upon the receipt of payment in the form of a check or money order for the amount specified above (made payable to the <u>City of Chicago – Department of Revenue</u>), please forward information to the following address:

> Chicago Police Department
> Attention: Freedom of Information Officer
> Office of Legal Affairs – Unit 114
> 3510 S. Michigan Ave.
> Chicago, IL 60653

If I can be of further assistance, you may contact me at (312) 745-5308, or by mail at the above address.

Sincerely,

P.O. Jack Enter
Freedom of Information Officer
Chicago Police Department

**411 BRADLEY, VALENA    Emp: ▓    Unit: 376**

| | | | | |
|---|---|---|---|---|
| 274533 | 07-Sep-2001 | 01-Mar-2002 | NS | 600 |
| 274714 | 13-Sep-2001 | 04-Nov-2002 | EX | 600 |
| 277791 | 21-Jan-2002 | 14-May-2002 | EX | 600 |
| 278203 | 07-Feb-2002 | 30-Jan-2003 | EX | 600 |
| 279040 | 15-Mar-2002 | 30-Jan-2004 | SU | 100 |
| 279994 | 22-Apr-2002 | 10-Sep-2002 | NS | 600 |
| 281102 | 31-May-2002 | 30-Oct-2002 | UN | 600 |
| 282775 | 29-Jul-2002 | 15-Nov-2005 | SU | 500 |
| 282775 | 29-Jul-2002 | 15-Nov-2005 | | |
| 290064 | 11-Jun-2003 | 27-Feb-2006 | SU | 900 |
| 291488 | 10-Aug-2003 | 28-Sep-2005 | SU | 900 |
| 303845 | 23-Feb-2005 | 15-Dec-2005 | NS | 600 |
| 304688 | 07-Apr-2005 | 07-Nov-2005 | NS | 600 |

12

**412 TRIANTAFILLO, JAMES    Emp: ▓    Unit: 011**

| | | | | |
|---|---|---|---|---|
| 280540 | 13-May-2002 | 25-Oct-2002 | EX | 600 |
| 286594 | 25-Dec-2002 | 13-Aug-2003 | UN | 600 |
| 289255 | 06-May-2003 | 06-Jan-2004 | UN | 600 |
| 292056 | 04-Sep-2003 | 31-Jan-2004 | UN | 600 |
| 295778 | 11-Feb-2004 | 19-Feb-2005 | NS | 600 |
| 296631 | 19-Mar-2004 | 12-Feb-2005 | EX | 600 |
| 297162 | 12-Apr-2004 | 29-Jan-2005 | NS | 600 |
| 298969 | 29-Jun-2004 | 05-Apr-2005 | UN | 600 |
| 300223 | 24-Aug-2004 | 14-Apr-2005 | NS | 600 |
| 301631 | 29-Oct-2004 | 14-Jul-2005 | UN | 600 |
| 302523 | 13-Dec-2004 | 14-Apr-2005 | NS | 600 |
| 305510 | 11-May-2005 | 15-Mar-2006 | NS | 600 |
| 306035 | 03-Jun-2005 | 15-Mar-2006 | UN | 600 |

13

**413 MC INERNEY, RAYMON    Emp: ▓    Unit: 211**

| | | | | |
|---|---|---|---|---|
| 275582 | 16-Oct-2001 | 28-Mar-2002 | UN | 600 |
| 275582 | 16-Oct-2001 | 28-Mar-2002 | | |
| 286010 | 26-Nov-2002 | 18-Jun-2003 | NS | 600 |
| 287714 | 19-Feb-2003 | 10-Sep-2003 | UN | 600 |
| 291394 | 06-Aug-2003 | 05-Jan-2004 | EX | 600 |
| 291969 | 31-Aug-2003 | 29-Jan-2004 | UN | 600 |
| 292682 | 27-Sep-2003 | 26-Feb-2004 | UN | 600 |
| 293906 | 18-Nov-2003 | 08-Sep-2004 | UN | 600 |
| 301430 | 20-Oct-2004 | 14-Oct-2005 | NS | 600 |
| 302489 | 11-Dec-2004 | 14-Jun-2005 | EX | 600 |
| 304974 | 19-Apr-2005 | 12-Oct-2005 | NS | 600 |
| 305240 | 28-Apr-2005 | 30-Aug-2005 | UN | 600 |
| 310893 | 28-Jan-2006 | | | |

12

**414 RODENBERG, JEFFREY    Emp: ▓    Unit: 008**

| | | | | |
|---|---|---|---|---|
| 278147 | 05-Feb-2002 | 18-Nov-2002 | SU | 001 |
| 284369 | 22-Sep-2002 | 21-Apr-2003 | NS | 600 |
| 285586 | 08-Nov-2002 | 12-Aug-2004 | SU | 005 |
| 289546 | 19-May-2003 | 24-Oct-2003 | EX | 600 |
| 290894 | 16-Jul-2003 | 30-Jan-2004 | UN | 600 |
| 296159 | 27-Feb-2004 | 12-Feb-2005 | NS | 600 |
| 297288 | 18-Apr-2004 | 05-Feb-2005 | UN | 600 |
| 297494 | 26-Apr-2004 | 19-Feb-2005 | NS | 600 |
| 297501 | 27-Apr-2004 | 16-Mar-2005 | NS | 600 |
| 302466 | 10-Dec-2004 | 03-May-2005 | NS | 600 |
| 302776 | 28-Dec-2004 | 20-Jun-2005 | UN | 600 |
| 304282 | 18-Mar-2005 | 20-Sep-2005 | UN | 600 |
| 307312 | 27-Jul-2005 | | | |

**520 DAHLBERG, JOHN**     Emp: ▮     Unit: 018

| | | | | |
|---|---|---|---|---|
| 280120 | 26-Apr-2002 | 21-Mar-2003 | UN | 600 |
| 288213 | 16-Mar-2003 | 05-May-2003 | EX | 600 |
| 289982 | 07-Jun-2003 | 10-Mar-2004 | UN | 600 |
| 292200 | 10-Sep-2003 | 25-Mar-2004 | UN | 600 |
| 294154 | 30-Nov-2003 | 18-May-2004 | UN | 600 |
| 295332 | 23-Jan-2004 | 11-Mar-2005 | UN | 600 |
| 296847 | 30-Mar-2004 | 15-Mar-2005 | UN | 600 |
| 297710 | 06-May-2004 | 07-Dec-2005 | NS | 600 |
| 298830 | 23-Jun-2004 | 12-Feb-2005 | UN | 600 |
| 299049 | 02-Jul-2004 | 06-Apr-2005 | UN | 600 |
| 299945 | 11-Aug-2004 | 08-Jun-2005 | NS | 600 |
| 299956 | 12-Aug-2004 | 10-Nov-2005 | NS | 600 |

12

**521 MUNGUIA, HUMBERTO**     Emp: ▮     Unit: 011

| | | | | |
|---|---|---|---|---|
| 271397 | 15-May-2001 | 28-Feb-2002 | NS | 600 |
| 276049 | 05-Nov-2001 | 21-Apr-2006 | SU | 001 |
| 277294 | 28-Dec-2001 | 24-Feb-2003 | NS | 600 |
| 277984 | 29-Jan-2002 | 20-Mar-2003 | NS | 600 |
| 278695 | 28-Feb-2002 | 02-Apr-2003 | NS | 600 |
| 279175 | 20-Mar-2002 | 18-Nov-2002 | NS | 600 |
| 282061 | 04-Jul-2002 | 14-May-2003 | NS | 600 |
| 282704 | 26-Jul-2002 | 25-Mar-2003 | NS | 600 |
| 285413 | 31-Oct-2002 | 14-Aug-2003 | EX | 600 |
| 292074 | 05-Sep-2003 | 09-Jul-2004 | UN | 600 |
| 294813 | 01-Jan-2004 | 16-Mar-2005 | UN | 600 |
| 297409 | 22-Apr-2004 | 29-Jan-2005 | UN | 600 |

12

**522 ELIZONDO, XAVIER**     Emp: ▮     Unit: 189

| | | | | |
|---|---|---|---|---|
| 272600 | 28-Jun-2001 | 06-Nov-2001 | UN | 600 |
| 278636 | 25-Feb-2002 | 18-Jul-2002 | EX | 600 |
| 283473 | 21-Aug-2002 | 05-Feb-2004 | NS | 600 |
| 286309 | 11-Dec-2002 | 21-Feb-2004 | UN | 600 |
| 287112 | 19-Jan-2003 | 19-May-2003 | UN | 600 |
| 290575 | 03-Jul-2003 | 28-Jan-2004 | UN | 600 |
| 294060 | 25-Nov-2003 | 08-Sep-2004 | UN | 600 |
| 294722 | 27-Dec-2003 | 31-Aug-2004 | EX | 600 |
| 294722 | 27-Dec-2003 | 31-Aug-2004 | | |
| 295987 | 20-Feb-2004 | 19-Feb-2005 | NS | 600 |
| 296440 | 11-Mar-2004 | 16-Mar-2005 | NS | 600 |
| 297331 | 20-Apr-2004 | 28-Dec-2004 | NS | 600 |

11

**523 WINSTEAD, KEVIN**     Emp: ▮     Unit: 006

| | | | | |
|---|---|---|---|---|
| 273154 | 17-Jul-2001 | 11-Mar-2003 | NS | 600 |
| 274250 | 26-Aug-2001 | 25-Feb-2002 | NS | 600 |
| 277903 | 25-Jan-2002 | 05-Feb-2003 | NS | 600 |
| 278001 | 29-Jan-2002 | 21-Apr-2003 | NS | 600 |
| 278526 | 21-Feb-2002 | 22-Oct-2002 | UN | 600 |
| 282688 | 25-Jul-2002 | 20-Mar-2003 | NS | 600 |
| 282716 | 26-Jul-2002 | 26-Mar-2003 | NS | 600 |
| 282921 | 02-Aug-2002 | 08-Nov-2002 | NS | 600 |
| 287621 | 14-Feb-2003 | 19-May-2003 | UN | 600 |
| 289368 | 11-May-2003 | 22-Oct-2003 | UN | 600 |
| 291880 | 26-Aug-2003 | 03-May-2004 | UN | 600 |
| 296642 | 20-Mar-2004 | 05-Feb-2005 | UN | 600 |

12

**524 DOLAN, JOHN**     Emp: ▮     Unit: 193

| | | | | |
|---|---|---|---|---|
| 272556 | 26-Jun-2001 | 03-Apr-2002 | UN | 600 |
| 275350 | 06-Oct-2001 | 21-Mar-2003 | NS | 600 |

|  |  |  |  |  |
|---|---|---|---|---|
| 277127 | 19-Dec-2001 | 21-Aug-2002 | NS | 600 |
| 280618 | 15-May-2002 | 18-Mar-2003 | NS | 600 |
| 284364 | 22-Sep-2002 | 01-May-2003 | NS | 600 |
| 288045 | 07-Mar-2003 | 16-Oct-2003 | UN | 600 |
| 288709 | 10-Apr-2003 | 21-Feb-2004 | UN | 600 |
| 294667 | 23-Dec-2003 | 20-May-2004 | UN | 600 |
| 296036 | 23-Feb-2004 | 29-Jan-2005 | NS | 600 |
| 296353 | 08-Mar-2004 | 25-Jan-2005 | NS | 600 |
| 298837 | 23-Jun-2004 | 10-Mar-2005 | UN | 600 |
| 301047 | 01-Oct-2004 | 31-Aug-2005 | UN | 600 |

12

### 525 SINGLETON, SHAWN     Emp: ▓▓▓▓     Unit: 189

|  |  |  |  |  |
|---|---|---|---|---|
| 273438 | 28-Jul-2001 | 05-Jun-2002 | NS | 600 |
| 281434 | 11-Jun-2002 | 01-Nov-2002 | UN | 600 |
| 282504 | 19-Jul-2002 | 05-Feb-2003 | NS | 600 |
| 283214 | 13-Aug-2002 | 27-Mar-2003 | NS | 600 |
| 283318 | 16-Aug-2002 | 17-Jun-2003 | NS | 600 |
| 286281 | 10-Dec-2002 | 23-Jun-2003 | NS | 600 |
| 291097 | 25-Jul-2003 | 14-Feb-2004 | UN | 600 |
| 291100 | 25-Jul-2003 | 17-Feb-2004 | NS | 600 |
| 293020 | 13-Oct-2003 | 13-Apr-2004 | NS | 600 |
| 295274 | 21-Jan-2004 | 05-Feb-2005 | NS | 600 |
| 297041 | 07-Apr-2004 | 15-Mar-2005 | UN | 600 |
| 298037 | 19-May-2004 | 29-Jan-2005 | NS | 600 |

12

### 526 JOHNSON, PATRICK     Emp: ▓▓▓▓     Unit: 009

|  |  |  |  |  |
|---|---|---|---|---|
| 271985 | 07-Jun-2001 | 27-Sep-2001 | UN | 600 |
| 277428 | 04-Jan-2002 | 24-Oct-2002 | UN | 600 |
| 281414 | 11-Jun-2002 | 24-Oct-2002 | NS | 600 |
| 292383 | 16-Sep-2003 | 17-Feb-2004 | NS | 600 |
| 292682 | 27-Sep-2003 | 26-Feb-2004 | UN | 600 |
| 293426 | 30-Oct-2003 | 17-Feb-2005 | EX | 600 |
| 293906 | 18-Nov-2003 | 08-Sep-2004 | UN | 600 |
| 295926 | 18-Feb-2004 | 10-Mar-2005 | UN | 600 |
| 298025 | 18-May-2004 | 24-Mar-2005 | UN | 600 |
| 298025 | 18-May-2004 | 24-Mar-2005 |  |  |
| 298273 | 28-May-2004 | 12-Feb-2005 | NS | 600 |
| 301986 | 15-Nov-2004 | 13-Apr-2005 | UN | 600 |

11

### 527 LEBENSORGER, FRED     Emp: ▓▓▓▓     Unit: 019

|  |  |  |  |  |
|---|---|---|---|---|
| 271312 | 11-May-2001 | 11-Oct-2001 | NS | 600 |
| 275156 | 29-Sep-2001 | 04-Apr-2002 | UN | 600 |
| 278643 | 26-Feb-2002 | 14-May-2002 | NS | 600 |
| 279614 | 08-Apr-2002 | 28-Aug-2002 | NS | 600 |
| 280017 | 23-Apr-2002 | 22-Oct-2002 | NS | 600 |
| 290632 | 05-Jul-2003 | 08-Oct-2004 | NS | 600 |
| 291393 | 06-Aug-2003 | 17-Feb-2004 | UN | 600 |
| 293045 | 15-Oct-2003 | 19-May-2004 | UN | 600 |
| 295675 | 06-Feb-2004 | 03-Dec-2004 | UN | 600 |
| 296061 | 24-Feb-2004 | 29-Jan-2005 | UN | 600 |
| 296498 | 13-Mar-2004 | 22-Apr-2005 | UN | 600 |
| 297185 | 14-Apr-2004 | 03-Feb-2005 | UN | 600 |

12

### 528 STEGMILLER, ROBERT     Emp: ▓▓▓▓     Unit: 002

|  |  |  |  |  |
|---|---|---|---|---|
| 273527 | 31-Jul-2001 | 25-Mar-2002 | EX | 600 |
| 273937 | 14-Aug-2001 | 06-Jan-2003 | NS | 600 |
| 273962 | 15-Aug-2001 | 15-Jan-2002 | NS | 600 |
| 274271 | 27-Aug-2001 | 21-Dec-2001 | UN | 600 |
| 274757 | 14-Sep-2001 | 10-Apr-2002 | NS | 600 |

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

DETERTORING SANDERS, )
Petitioner )
)
v. ) Case No. 14 CV 1432
)
ALLEN MARTIN, WARDEN, )
Respondent )

---

PROOF OF SERVICE

TO: SAMEENA MOHAMMED
OFFICE OF THE ILLINOIS ATTORNEY GENERAL
100 W RANDOLPH STREET 12TH FLOOR
CHICAGO, ILLINOIS 60601

TO: U.S. DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN
CHICAGO, ILLINOIS 60604

PLEASE TAKE NOTICE that on OCTOBER 2, 20 14, I have placed the documents listed below in the institutional mail at Shawnee Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service:

AN MOTION FOR JUDGMENT ON THE PLEADINGS TO PETITIONER HABEAS CORPUS

Pursuant to 28 USC 1746m 18 USC 1621, or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

Date: OCTOBER 2, 2014

/s/ Mr. Detertoring Sanders
Name: MR. DETERTORING SANDERS
IDOC #: B-58742
Shawnee Correctional Center
6665 State Route 146 East
Vienna, IL.        62995